# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 97-1728

_____

| | |
|---|---|
| United States of America, | * |
| | * |
| Appellee, | * |
| | * Appeal from the United States |
| v. | * District Court for the |
| | * Western District of Missouri. |
| Russell D. Fairchild, | * |
| | * [UNPUBLISHED] |
| Appellant. | * |

_____

Submitted: January 12, 1999
Filed: January 19, 1999

_____

Before BOWMAN, Chief Judge, MURPHY, Circuit Judge, and ALSOP,[1] District
Judge.

_____

PER CURIAM.

Russell D. Fairchild pleaded guilty to a federal methamphetamine charge,
preserving for appeal his Fourth Amendment argument that the District Court[2] erred
by denying his motion to suppress.

_____

[1]The Honorable Donald D. Alsop, United States District Judge for the District
of Minnesota, sitting by designation.

[2]The Honorable Fernando J. Gaitan, United States District Judge for the Western
District of Missouri.

Having carefully reviewed Fairchild's appeal, we conclude that his motion to suppress was properly denied.  Accordingly, Fairchild's conviction is affirmed.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.